No. 01–369. SMITH v. ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 01–376. WOODS v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 01–388. JOHNSON v. POTTER, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 01–393. DUNAWAY v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–398. BARDES v. TODD. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 01–402. GRENDELL ET AL. v. SUPREME COURT OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–406. VAN RIJK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–415. ELLIS v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 01–425. NEW v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 01–5038. MASON v. NEW MEXICO DEPARTMENT OF LABOR ET AL. Ct. App. N. M. Certiorari denied.

No. 01–5119. LEDFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5122. PETERSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–5145. BREWER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–5170. REED v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.